693 A.2d 858

IN THE MATTER OF STUART WHITEFIELD,
AN ATTORNEY AT LAW.

May 12, 1997.

## ORDER

The Disciplinary Review Board having filed a report with the Court on January 13, 1997, recommending that **STUART M. WHITEFIELD** of **FRANKLIN PARK**, who was admitted to the bar of this State in 1979, and who was suspended from practice on July 5, 1995, and who remains suspended at this time, be disbarred for knowing misappropriation of client funds in four cases, for gross neglect of a number of matters, constituting a pattern of neglect, for lack of diligence, for failure to communicate with clients, for misrepresentations to clients and others, and for charging unreasonable fees, all in violation of *RPC* 1.1(a) and (b),

*RPC* 1.3, *RPC* 1.4, *RPC* 1.5, *RPC* 1.15, *RPC* 3.2, *RPC* 4.1 and *RPC* 8.4(c);

And respondent having failed to appear on the return date of the Order to Show Cause why he should not be disbarred or otherwise disciplined, as adjourned on application by respondent;

And good cause appearing;

It is ORDERED that **STUART M. WHITEFIELD** be disbarred, effective immediately, and his name be stricken from the roll of attorneys of this State;  and it is further

ORDERED that **STUART M. WHITEFIELD** comply with *Rule* 1:20–20 dealing with disbarred attorneys;  and it is further

ORDERED that **STUART M. WHITEFIELD** reimburse the Disciplinary Oversight Committee for appropriate administrative costs.